IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AIRLINES, INC., )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MUNDO TRAVEL CORPORATION, a  )<br>corporation, and ERIK VALLEJO,)<br>)<br>Defendants.  )<br>)<br>_____) | No. CV-F-05-1050 REC LJO<br><br>ORDER *NUNC PRO TUNC*<br>MODIFYING THE COURT'S ORDER<br>GRANTING IN PART AND<br>DENYING IN PART DEFENDANTS'<br>MOTION TO DISMISS<br>PLAINTIFF'S COMPLAINT<br>PURSUANT TO FED. R. CIV. P.<br>12(b)(6) AND DIRECTING<br>PLAINTIFF TO FILE AN<br>AMENDED COMPLAINT.<br>(Doc. 22) |

On January 26, 2006, the Court issued its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and Directing Plaintiff to File an Amended Complaint (the "Order") (Doc. 22).

On line 25 of page 19 of the Order, through line 1 of page 20, the Court wrote: "Under a provable set of facts, the Court ultimately could conclude that the ARA does obligate Mundo to follow the Policy."

The Court hereby modifies the Order *nunc pro tunc* so that

1

1 sentence reads, "Under a provable set of facts, the Court
2 ultimately could conclude that the ARA does not obligate Mundo to
3 follow the Policy."
4     In all other respects, the Order remains unchanged.

8 IT IS SO ORDERED.

9 **Dated: February 13, 2006**        **/s/ Robert E. Coyle**
  810ha4        UNITED STATES DISTRICT JUDGE