IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AIRLINES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MUNDO TRAVEL CORPORATION,<br>ERIK VALLEJO and DOES 1 through 20,<br><br>    Defendants. | CASE NO. 1:05-CV-01050-REC-LJO<br><br>**ORDER FOR DISMISSAL** |

The Court having received the parties' Stipulation for Dismissal, the Court orders that this matter is dismissed with prejudice. Each party is to bear his/its own fees and costs.

IT IS SO ORDERED.

Dated: May 11 , 2006

                              /s/ ROBERT E. COYLE
                              ROBERT E. COYLE
                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com